```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 12366
   LATOYA JOHNSON
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-7516
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/11/07 and confirmed on 10/26/07.

   2.  The case was dismissed after confirmation, 01/09/2009.

   3.  The Debtor paid a total of $   3531.30 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFFILIATED FINANCIAL COR | SECURED VEHIC | 7700.00 | 562.56 | 837.44 |
| AMERICASH LOANS | UNSECURED | 372.43 | .00 | .00 |
| ARMED FORCES BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 219.65 | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 480.18 | .00 | .00 |
| BRUCE BURCH | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA COLLEGE | UNSECURED | 1097.39 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 997.88 | .00 | .00 |
| DAVID AXELROD | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK OF DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| J&J APARTMANETS | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PREMIER BANKCARD/CHARTER | UNSECURED | 429.61 | .00 | .00 |
| MISSFIT COMPLETE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSIDE COMMUNITY BANK | UNSECURED | 224.71 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 577.08 | .00 | .00 |
| PROFESSIONAL REALTY ASSO | UNSECURED | 1933.29 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |

```
TCF BANK                    UNSECURED      NOT FILED              .00          .00
TERRACE REALTY & MANAGEM    UNSECURED      NOT FILED              .00          .00
US FAST CASH                UNSECURED      NOT FILED              .00          .00
WE ENERGIES                 UNSECURED      NOT FILED              .00          .00
ILLINOIS DEPT REVENUE       PRIORITY          782.04              .00       623.50
DEPARTMENT OF HUMAN SERV    UNSECURED      NOT FILED              .00          .00
AFFILIATED FINANCIAL COR    UNSECURED         4573.73             .00          .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          986.04             .00          .00
ASSET ACCEPTANCE CORP       UNSECURED         1525.78             .00          .00
TIME WARNER CABLE           UNSECURED          204.12             .00          .00
PREMIER BANKCARD/CHARTER    UNSECURED          479.95             .00          .00
ILLINOIS DEPT REVENUE       UNSECURED          170.02             .00          .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  7700.00        782.04     14271.86         .00      22753.90
PRINCIPAL PAID       837.44        623.50          .00         .00       1460.94
INTEREST PAID        562.56           .00          .00         .00        562.56
TOTAL PAID          1400.00        623.50          .00         .00       2023.50
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   3000.00
and was paid $   1671.00   direct and $   1329.00   through the plan.

The Trustee received $    178.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE



                              PAGE   2
             CASE NO. 07 B 12366 LATOYA JOHNSON